IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **PATRICIA GIGLOTTO,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 04-661-MJR |
| ) | |
| **UNITED STATES of AMERICA,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Upon consideration and for good cause shown, the Motion for Substitution of Parties **(Doc. 19)** is **GRANTED**.

Ralph Wright, Administrator of the Estate of Patricia Giglotto, deceased, is hereby substituted as plaintiff herein.

**IT IS SO ORDERED.**

**DATE: December 9, 2005.**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**